IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00928-CMA-KLM

HBN, INC., d/b/a RE/MAX SOUTHWEST REGION,

    Plaintiff,

v.

ROBERT C. KLINE, and
R & M REALTY, LLC,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Amend Scheduling Order to Enlarge Discovery Period** [Docket No. 24; Filed February 3, 2009] (the "Motion"). Defendants have not filed a response to the Motion.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The discovery deadline is extended to **March 27, 2009**.

    Dated: March 5, 2009