**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00928-CMA-KLM

HBN, INC., d/b/a RE/MAX SOUTHWEST REGION,

    Plaintiff,

v.

ROBERT C. KLINE, and
R&M REALITY, L.L.C.,

    Defendants.

---

ROBERT C. KLINE, and
R&M REALITY, L.L.C.

    Counterclaim Plaintiffs,

v.

HBN, INC., d/b/a RE/MAX SOUTHWEST REGION,

    Counterclaim Defendant.

---

## ORDER OF ADMINISTRATIVE CLOSURE

This matter comes before the Court *sua sponte* upon review of the file. On June 2, 2009, this Court issued an Order To Show Cause as to why this matter should not be administratively closed due to the automatic stay imposed by 11 U.S.C. § 362. To date, no response has been filed by any party. Accordingly, it is

ORDERED that the Clerk of the Court shall administratively close this action.

DATED: June __30__, 2009          BY THE COURT:

                                                     *[signature]*
                                                     CHRISTINE M. ARGUELLO
                                                     United States District Judge