**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00928-CMA-KLM

HBN, INC., d/b/a RE/MAX SOUTHWEST REGION,

    Plaintiff,

v.

ROBERT C. KLINE, and
R&M REALITY, L.L.C.,

    Defendants.

---

ROBERT C. KLINE, and
R&M REALITY, L.L.C.

    Counterclaim Plaintiffs,

v.

HBN, INC., d/b/a RE/MAX SOUTHWEST REGION,

    Counterclaim Defendant.

---

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Motion to Dismiss (Doc. # 43).

The Court, after reviewing the Motion and the case file, and being duly advised in the premises, ORDERS that the Motion is GRANTED and this case is hereby DISMISSED.

DATED:  January  25 , 2012

                              BY THE COURT:

                              *[signature: Christine M. Arguello]*

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge